# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDY MAISE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2629** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "G"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's individual-capacity claims against Robert Goings and Charles Griffith are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this 29th day of August, 2018.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**